CD/IL PROB 12B
(Rev. 3/99)

# United States District Court

for

**CENTRAL DISTRICT OF ILLINOIS**

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | | |
|---|---|---|---|
| **NAME/ADDRESS OF OFFENDER:** | ANTHONY WHITE<br>842 24th Street<br>Rock Island, IL 61201 | **CASE NOS:** | 00-CR-362-6 (ND/IL)<br>04-40051-001 (CD/IL) |

**SENTENCING JUDICIAL OFFICER:**   HONORABLE JAMES F. HOLDERMAN
U.S. District Judge

**DATE OF ORIGINAL SENTENCE:**   10/31/00

**ORIGINAL OFFENSE:**   Bank Fraud

**ORIGINAL SENTENCE:**   24 months custody, 5 years supervised release, $5,000 restitution with special conditions of substance abuse testing and treatment.

**TYPE OF SUPERVISION:**   Supervised Release

**DATE SUPERVISION COMMENCED:**   01/02/02

09/30/03:  Sentence modified to include special condition of 120 days community confinement as a result of offender's illegal drug use.

06/04/04:  Supervised release revoked as result of offender's failure to pay restitution and failure to participate in substance abuse treatment. Sentenced to 12 months custody followed by 3 years supervised release with special conditions of 1) Pay one-half of any income tax refund towards restitution; and, 2) Substance abuse testing and treatment as directed. Restitution re-imposed as previously ordered.

07/04/04:  Jurisdiction transferred from ND/IL to CD/IL

**DATE SUPERVISION RECOMMENCED:**   06/02/05   .

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for   years, for a total term of   years.
[X]   To modify the conditions of supervision as follows:

**Special Condition No. 3:**  You shall reside for up to 120 days in community confinement to commence on a date and at a facility designated by the Bureau of Prisons and U.S. Probation Office and shall abide by the rules of that facility.  You shall pay subsistence as directed by the probation office and the Bureau of Prisons.  The Court recommends the Davenport Work Release Center, Davenport, Iowa, as the placement for this confinement.

Re:  WHITE, Anthony

> **Special Condition No. 4:** You shall participate in psychiatric services and/or a program of mental health counseling/treatment as directed by the probation officer and shall take any and all prescribed medications as directed by the treatment providers. You shall pay for these services as directed by the probation officer.

## CAUSE

On June 2, 2005, offender White began serving a three-year term of supervised release upon release from imprisonment. Offender White secured employment at Brandt Construction, Milan, Illinois. The offender had previously been employed at this company, and he returned to earning $21 per hour as a construction laborer. In late November 2005, offender White was laid off from his job at Brandt Construction. The offender has applied for unemployment benefits but has not yet been approved. The offender has not made any payments toward his restitution since his June 2, 2005, release from prison. The defendant has a present restitution balance of $1,814.

On November 10, 2005, offender White tested positive for the use of heroin. On December 14, 2005, the probation officer met with the offender, his wife, and other family members to discuss his drug use and unemployment status. The offender's wife and mother-in-law advised that the offender had a terrible childhood and was still dealing with the negative emotional effects of his childhood. The offender's wife and mother-in-law agreed that the offender could benefit from mental health counseling. After discussing these issues with the offender, he admitted that he had taken a Vicodin pill that he stole from a friend. The offender admitted that he has a drug problem and that he needs help with his substance abuse and mental health issues. The probation officer admonished the offender for this conduct and referred the offender to Riverside Treatment Center, Rock Island, Illinois, for further substance abuse and mental health evaluations. As a result of this conduct, the probation officer discussed sanctions with the offender, and he agreed to a 120-day community confinement placement along with the addition of a special condition to participate in psychiatric and psychological services as directed. The probation officer advised the offender that further non-compliance with any conditions of his supervision would result in possibly being returned to prison.

Supervisory Assistant U.S. Attorney K. Tate Chambers advised he concurs with this recommended action.

Respectfully submitted,

S:\Darrell D. Hite

DARRELL D. HITE
U.S. Probation Officer
Date: February 3, 2006

DDH/jd

---

THE COURT ORDERS:

[  ] No Action
[  ] The Extension of Supervision as Noted Above
[ X ] The Modification of Conditions as Noted Above
[  ] Other

s/Joe Billy McDade
HONORABLE JOE BILLY McDADE
U.S. District Judge
Date:  02/02/06

```
PROB 49
(3/89)
```

Waiver of Hearing to Modify Conditions
of Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
# for the
# Central District of Illinois

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Special Condition No. 3:** You shall reside for up to 120 days in community confinement to commence on a date and at a facility designated by the Bureau of Prisons and U.S. Probation Office and shall abide by the rules of that facility. You shall pay subsistence as directed by the probation office and the Bureau of Prisons. The Court recommends the Davenport Work Release Center, Davenport, Iowa, as the placement for this confinement.

**Special Condition No. 4:** You shall participate in psychiatric services and/or a program of mental health counseling/treatment as directed by the probation officer and shall take any and all prescribed medications as directed by the treatment providers. You shall pay for these services as directed by the probation officer.

Witness: __S:\Darrell D. Hite_____      Signed: __S:\Anthony White_____
       DARRELL D. HITE                                              ANTHONY WHITE
       U.S. Probation Officer                                       Supervised Releasee

December 13, 2005