E-FILED
Thursday, 29 June, 2006 11:45:33 AM
Clerk, U.S. District Court, ILCD

CD/IL PROB12C
(Rev. 12/04)

United States District Court

for

CENTRAL DISTRICT OF ILLINOIS

Petition for Warrant or Summons for Offender Under Supervision

FILED
JUN 29 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **NAME/ADDRESS OF OFFENDER:** | ANTHONY WHITE<br>605 Main Street<br>Davenport, IA 52803 | **CASE NUMBER:** 04-40051-001 |
| **SENTENCING JUDICIAL OFFICER:** | HONORABLE JAMES F. HOLDERMAN<br>U.S. District Judge | |
| **ORIGINAL SENTENCE DATE:** | 10/31/00 | |
| **ORIGINAL OFFENSE:** | Bank Fraud | |
| **ORIGINAL SENTENCE:** | 24 months custody, 5 years supervised release, and $5,000 restitution with special condition of substance abuse testing and treatment. | |
| **TYPE OF SUPERVISION:** | Supervised Release | |
| **DATE SUPERVISION COMMENCED:** | 01/02/02 | |
| | On 09/30/03, sentence modified to include special condition of 120 days community confinement as a result of offender's illegal drug use. | |
| | On 06/04/04, supervised release revoked as result of offender's failure to pay restitution and failure to participate in substance abuse treatment. Sentenced to 12 months custody followed by 3 years supervised release with the following special conditions: 1) Pay one-half of any income tax refund towards restitution; and, 2) Substance abuse testing and treatment as directed. Restitution re-imposed as previously ordered. | |
| | On 07/04/04, jurisdiction transferred from ND/IL to CD/IL | |
| **DATE SUPERVISION RECOMMENCED:** | 06/02/05 | |
| | On 02/03/06, sentence modified to include special condition of 120 days community confinement and mental health treatment as a result of offender's illegal drug use. | |
| **ASSISTANT U.S. ATTORNEY:** | Joel Levin, ND/IL | |
| **DEFENSE ATTORNEY:** | Donald E. Joyce, ND/IL | |

Page 2                                                          RE: WHITE, Anthony

PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

VIOLATION
NUMBER              NATURE OF NONCOMPLIANCE

1.                  **FAILURE TO COMPLY WITH RULES AND REGULATIONS OF COMMUNITY CONFINEMENT FACILITY**

                    **SPECIAL CONDITION NO. 3:** YOU SHALL RESIDE FOR UP TO 120 DAYS IN COMMUNITY CONFINEMENT TO COMMENCE ON A DATE AND AT A FACILITY DESIGNATED BY THE BUREAU OF PRISONS AND U.S. PROBATION OFFICE AND SHALL ABIDE BY THE RULES OF THE FACILITY. YOU SHALL PAY SUBSISTENCE AS DIRECTED BY THE PROBATION OFFICE AND THE BUREAU OF PRISONS. THE COURT RECOMMENDS THE DAVENPORT WORK RELEASE CENTER, DAVENPORT, IOWA, AS THE PLACEMENT FOR THIS CONFINEMENT.

        A.          On or about **April 19 through May 29, 2006,** offender White failed to pay subsistence as directed by the probation office and the Bureau of Prisons. During this time period, offender White held employment at Brandt Construction, Milan, Illinois, earning at least $15 per hour.

        B.          On or about **May 30 through June 16, 2006**, while in community confinement, offender White was unaccountable for at least 216 hours. During this time period, offender's White's whereabouts were unknown as he signed out for employment at Brandt Construction, when in fact, he was not employed with this company during this time period. Offender White was laid off from this employment on May 29, 2006. On June 28, 2006, offender White admitted to the probation officer that he failed to notify the community confinement center where he was going during this time period.

2.                  **FAILURE TO REPORT FOR DRUG TESTING**

                    **SPECIAL CONDITION NO. 2:** THE DEFENDANT SHALL PARTICIPATE IN A DRUG AFTERCARE PROGRAM AS DIRECTED BY THE PROBATION OFFICE.

                    On **May 12 and 13, 2006,** offender White failed to report to Riverside Treatment Center, Rock Island, Illinois, to provide a urine sample for drug testing purposes as directed by his U.S. Probation Officer.

Page 3                                                                    RE: WHITE, Anthony

**U.S. Probation Officer Recommendation:**

[X]   The term of supervision should be
      [X]   revoked
      [ ]   extended for ___ years, for a total term of ___ years.

[ ]   The conditions of supervision should be modified as follows:

                                        I declare under penalty of perjury that the
                                        foregoing is true and correct.

                                        S:\Darrell D. Hite

                                        DARRELL D. HITE
                                        U.S. Probation Officer
                                        Date: June 29, 2006

DDH/jd

**THE COURT ORDERS:**

[ ]   No action

[X]   The issuance of a warrant

[ ]   The issuance of a summons

[ ]   Other:

                                        S/Thomas J. Shields
                                        _____
                                        HONORABLE THOMAS J. SHIELDS
                                        U.S. Magistrate Judge
                                        Date: