E-FILED
Tuesday, 18 July, 2006 09:56:25 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **WARRANT FOR ARREST** |
| Plaintiff | ) | |
| | ) | |
| vs | ) **FILED** | |
| | ) JUL 17 2006 | **CASE NO. 04-40051** |
| Anthony White | ) | |
| | ) JOHN M. WATERS, Clerk | |
| Davenport, IA 52803 | ) U.S. DISTRICT COURT | |
| | ) CENTRAL DISTRICT OF ILLINOIS | |
| Defendant | ) | |

TO:   THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Anthony White, and bring him or her forthwith to the nearest magistrate judge to answer a Petition charging him or her with Violations of Supervised Release in violation of Title 18, United States Code, Section(s) 3606.

**JOHN M. WATERS**
Name of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

S/Thomas J. Shields
Signature of Issuing Officer

6/29/06 at Rock Island, IL
Date and Location

Bail fixed at $ **None** by Magistrate Judge Thomas J. Shields.

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _Rock Island, IL_

| Date Received 07/05/06 | Name of Arresting Officer _James Wiegand_ | Signature of Arresting Officer |
| Date of Arrest 06/29/06 | Title of Arresting Officer _DUSM_ | |