E-FILED
Thursday, 20 July, 2006  12:48:05 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Crim. No. 04-40051 |
| ANTHONY WHITE, | ) | Hearing Requested |
| Defendant. | ) | |

MOTION TO VACATE DETENTION ORDER
AND TO ADMIT DEFENDANT TO BAIL

Now comes the Defendant, ANTHONY WHITE, by his attorney, and pursuant to Title 18 U.S.C. § 3142(f), moves this Court for the entry of an Order vacating the detention order entered on June 29, 2006, and admitting the Defendant to bail under strict conditions of pretrial release, and in support thereof, states as follows:

1. That on June 29, 2006, the Defendant was ordered detained without bond by United States Magistrate Judge Thomas J. Shields.

2. That since the aforesaid detention hearing, a change of circumstances has occurred whereby two responsible persons have been identified who are willing to serve as third-party custodians: (1) Ms. Margaret White, defendant's wife, who resides at 842-24th St., Rock Island, IL 61201 (Phone: 309/631-3627) and (2) Ms. Natalie White, defendant's sister, of 2115-9th Avenue, Rock Island, IL 61201 (Phone:

309/794-1625).

3.   That there are numerous conditions of pretrial release that this Court can set that will reasonably assure this Defendant's appearance at the revocation hearing scheduled for September 8, 2006, at 3:00 p.m., before Judge McDade and protect the community, including, but not limited to, third-party custody; electronic monitoring; house arrest; periodic reporting (in person and telephonic); random drug testing; travel restrictions; and drug treatment.

WHEREFORE, Defendant respectfully requests the entry of an Order vacating the detention order entered on June 29, 2006, and admitting the Defendant to bail under strict conditions of pretrial release.

ANTHONY WHITE, Defendant

/s/George F. Taseff
Ill. Bar Number: 6180419
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX:   309/671-7898
Email: george_taseff@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on July 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the filing: Mr. Matthew Cannon, Assistant United States Attorney, 1830 Second Avenue, Suite 320, Rock Island, IL 61201 One Technology Plaza, 411 Fulton, Suite 400,  Peoria, IL 61602.

      /s/George F. Taseff
      Ill. Bar Number: 6180419
      Attorney for Defendant
      Assistant Federal Public Defender
      401 Main Street, Suite 1500
      Peoria, Illinois 61602
      Phone: 309/671-7891
      FAX:   309/671-7898
      Email: george_taseff@fd.org