IN THE UNITED STATES DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 04-40051 |
| v. | ) | |
| | ) | |
| ANTHONY WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

### UNITED STATES' OPPOSITION TO MOTION TO VACATE DETENTION ORDER

The United States of America, by and through Rodger A. Heaton, United States Attorney for the Central District of Illinois and the undersigned Assistant U.S. Attorney, hereby opposes Defendant's Motion To Vacate Detention Order And To Admit Defendant To Bail, and states:

1.  On June 29, 2006, the Defendant was ordered detained without bond by United States Magistrate Judge Thomas J. Shields. The defendant was arrested pursuant to an arrest warrant issued as a result of a Petition filed against the defendant on June 29, 2006, wherein it is alleged that the defendant violated terms of his supervised release and community confinement.

2.  As alleged in the Petition, the defendant's supervised release commenced on January 2, 2002. On September 30, 2003, his sentence was modified to include a special condition of 120 days community confinement as a result of the defendant's illegal drug use. On June 4, 2004, the defendant's supervised release was revoked because he failed to pay restitution and failed to participate in substance abuse treatment. He was sentenced to 12 months custody followed by an additional 3 years of supervised release. On June 4, 2004, jurisdiction for the defendant's supervised release was transferred from the Northern District of Illinois to this District.

1

3. On February 3, 2006, this defendant's sentence was modified again as a result of his illegal drug use. As a condition of that sentence, the defendant was sentenced to 120 days of community confinement, and he was to receive mental health treatment.

4. As alleged in the Petition, the defendant has violated that part of his sentence noted in paragraph 3 in that he has not complied with the conditions of the 120 days of confinement. He has also failed to report for drug testing. Based on yet another violation of the terms of his supervised release and modified sentences, the government will be requesting that the defendant serve additional prison time.

5. In his Petition, the defendant claims that two third-party custodians are available to take custody of the defendant. However, the government is not aware of probation doing a background interview or investigation of either of the proposed custodians, so it is not known if these individuals would be suitable custodians if the Court released the defendant. Based on the violations noted above, including the defendant's past history of drug use and his failure to submit to drug testing, it is the government's position that the defendant poses a danger to the community. The government therefore requests that the defendant remain detained pending his supervised release violation hearing. In the alternative, the government requests that a hearing be set so the parties may be heard on this matter.

Respectfully submitted,

Rodger A. Heaton
United States Attorney


By: /s/ Matthew J. Cannon
Matthew J. Cannon
Assistant United States Attorney

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 28, 2006, I electronically filed the foregoing United States' Sentencing Brief with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant:

George F. Taseff
Senior Assistant Federal Defender
401 Main St., Suite 1500
Peoria, IL 61602

/s/ Matthew J. Cannon
Matthew J. Cannon
Assistant United States Attorney