UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 04-40051 |
| | ) | |
| ANTHONY WHITE, | ) | Hearing Requested |
| | ) | |
| Defendant. | ) | |

EMERGENCY MOTION TO MODIFY DETENTION ORDER

Now comes the Defendant, ANTHONY WHITE, by his attorney, and pursuant to Title 18 U.S.C. § 3142(f), moves this Court for the entry of an Order modifying the detention order entered on June 29, 2006, to allow the Defendant, in the company of his wife, Mrs. Margaret White, as third-party custodian, to attend to his mother, Mrs. Patricia Cross, who is critically ill with arterial pulmonary heart disease and is being treated at the intensive care unit of St. Margaret Mercy Hospital, in Hammond, Indiana, and in support thereof, states as follows:

1.  That on June 29, 2006, the Defendant was ordered detained without bond by United States Magistrate Judge Thomas Shields, but was granted leave to revisit the question of bond at a later date.

2.  That on July 31, 2006, United States District Judge Joe B. McDade denied the Defendant's motion for release on bond, and the Defendant remains incarcerated

at the Henry County Jail in Cambridge, Illinois, pending his supervised release revocation hearing scheduled for September 8, 2006, at 3:00 p.m. in Rock Island, Illinois.

3. That on August 16, 2006, the undersigned defense counsel was notified by the Defendant's wife, Mrs. Margaret White, of 842-24th St., Rock Island, IL 61201 (Phone: 309/631-3627) that the Defendant's mother, Mrs. Patricia Cross, is critically ill with arterial pulmonary heart disease and is being treated at the intensive care unit of St. Margaret Mercy Hospital, 5454 Hohman Ave., Hammond, Indiana 46320 (Phone: 219/932-2300) under the care of Dr. Uribe.

4. That the Defendant desires to be with his critically ill mother at the St. Margaret Mercy Hospital, in Hammond, Indiana, in the company of his wife who has agreed to serve as the Defendant's third-party custodian if ordered by this Court.

5. That on August 16, 2006, the undersigned defense counsel was advised by United States Probation Officer Darrell Hite that his office would not oppose this Court granting the Defendant a furlough to travel in the company of his wife and third-party custodian to the St. Margaret Mercy Hospital, in Hammond, Indiana, and to be with his critically ill mother for a specified period of time.

6. That the ends of justice will be served by allowing the proposed modification of the detention order to allow the Defendant to be with his critically

ill mother and family.

WHEREFORE, Defendant respectfully requests the entry of an Order modifying the detention order entered on June 29, 2006, to allow the Defendant, in the company of his wife, Mrs. Margaret White, as third-party custodian, to attend to his mother, Mrs. Patricia Cross, who is critically ill with arterial pulmonary heart disease and is being treated at the intensive care unit of St. Margaret Mercy Hospital, Hammond, Indiana.

ANTHONY WHITE, Defendant

/s/George F. Taseff
Ill. Bar Number: 6180419
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX:   309/671-7898
Email: george_taseff@fd.org

CERTIFICATE OF SERVICE

    I hereby certify that on August 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the filing: Mr. Matthew Cannon, Assistant United States Attorney, 1830 Second Avenue, Suite 320, Rock Island, IL 61201.

/s/George F. Taseff
Ill. Bar Number: 6180419
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX:   309/671-7898
Email: george_taseff@fd.org