E-FILED
Thursday, 24 August, 2006  08:43:10 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Crim. No. 04-40051 |
| ANTHONY WHITE, | ) | Hearing Requested |
| Defendant. | ) | |

### SECOND EMERGENCY MOTION TO MODIFY DETENTION ORDER TO ALLOW DEFENDANT TO BE WITH HIS CRITICALLY ILL MOTHER AT THE TIME OF HER IMPENDING DEATH

Now comes the Defendant, ANTHONY WHITE, by his attorney, and pursuant to Title 18 U.S.C. § 3142(f), moves this Court for the entry of an Order modifying the detention order entered on June 29, 2006, to allow the Defendant, in the company of his wife, Mrs. Margaret White, as third-party custodian, to attend to his mother, Mrs. Patricia Cross, who is critically ill and is "on the edge of losing her life" at the St. Margaret Mercy Hospital in Hammond, Indiana, and in support thereof, states as follows:

1. That on August 16, 2006, the undersigned defense counsel was notified by the Defendant's wife, Mrs. Margaret White, of 842-24th Street, Rock Island, Illinois 61201 (Phone: 309/631-3627) that the Defendant's mother, Mrs. Patricia Cross, is critically ill with arterial pulmonary heart disease and is being treated at

the St. Margaret Mercy Hospital, 5454 Hohman Avenue, Hammond, Indiana 46320 by Dr. Naresh Upadhvay (Phone: Phone: 219/932-2300; 219/852-0197).

2. That on August 23, 2006, at 4:00 p.m., the undersigned defense counsel received a telephone call from Ms. Lynn Barber, a Palliative Care Nurse at St. Margaret Mercy Hospital (Phone: 219/933-2670), who advised that Mrs. Cross's condition had worsened due to her suffering a massive myocardial infarction (heart attack), and that she was having difficulty breathing, and that she "was on the edge of losing her life." Nurse Barber also advised that the various members of the Defendant's immediate family were meeting at the hospital to be with Mrs. Cross, and that one of the family members had given her the undersigned counsel's name and telephone number so that efforts could be made to allow the Defendant to be with his mother at the time of her impending death.

3. That attached hereto is a copy of the physician's progress notes detailing Mrs. Cross's serious medical condition, marked "Exhibit A."

4. That the Defendant is incarcerated at the Henry County Jail in Cambridge, Illinois, where he is awaiting a hearing on the Government's petition for revocation of supervised release which is scheduled for hearing on September 8, 2006, at 3:00 p.m., in Rock Island, Illinois.

5. That the Defendant and his family plead with this Court to modify the Defendant's detention order to allow him a limited furlough to be with his critically

ill mother in the company of his wife and third-party custodian, Mrs. Margaret White, and subject to the supervision of the United States Probation Office in the Northern District of Indiana in Hammond, Indiana.

6.    That the ends of justice will be served by allowing the proposed modification of detention order to allow the defendant to be with his critically ill mother in her final days and at the time of her impending death.

WHEREFORE, Defendant respectfully requests the entry of an Order modifying the detention order entered on June 29, 2006, to allow the Defendant, in the company of his wife, Mrs. Margaret White, as third-party custodian, to attend to his mother, Mrs. Patricia Cross, who is critically ill and is "on the edge of losing her life" at the St. Margaret Mercy Hospital in Hammond, Indiana.

ANTHONY WHITE, Defendant

/s/George F. Taseff
Ill. Bar Number: 6180419
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX:   309/671-7898
Email: george_taseff@fd.org

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on August 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the filing: Mr. Matthew Cannon, Assistant United States Attorney, 1830 Second Avenue, Suite 320, Rock Island, IL 61201.

       /s/George F. Taseff
       Ill. Bar Number: 6180419
       Attorney for Defendant
       Assistant Federal Public Defender
       401 Main Street, Suite 1500
       Peoria, Illinois 61602
       Phone: 309/671-7891
       FAX:   309/671-7898
       Email: george_taseff@fd.org