PLEASE USE BALL POINT PEN ONLY

| DATE/TIME | |
|---|---|
| 8/23/06 5:15p | Mrs. Cross is a 71 year old lady who was admitted with gangrene of the right foot (infection of skin and muscle). Since admission, she has developed osteomyelitis in that foot (infection of skin, muscle and bone). That infection is being treated with IV antibiotics. |
| | Shortly after admission the patient had a massive heart attack, developed difficulty breathing and ended up in ICU on a respirator with Congestive heart failure. |
| | Three days ago the pt was removed from the respirator and was moved to IMCU and placed on BiPAP (special face mask that forces air into the lungs everytime she takes a breath). |
| | In addition her renal function is poor and her diabetes has been difficult to control (due to the medication she needs to help her breath). |
| | Palliative Care (Program that deals with end-of-life issues) was called in to work with patient and family. The patient's respiratory status is not improving and the concern is the pt may need to be reintubated (breathing tube and respirator) versus DNR with comfort measures only. At present pt does open her eyes when her name is called, but does not verbally respond when asked a question. |
| | This is written and Faxed to George Taseff with the permission of the Health Care Power of ATTORNEY, Patient's Daughter - Mignon Rollings.     N. Upadhyay MD <br> NARESH UPADHYAY MD <br> 219 932 2300 <br> 219 852 0197 |



**Sisters of St. Francis Health Services**
**SAINT MARGARET MERCY**

CROSS, PATRICIA
ACCT#: 0048743300    DR: UPADHYAY, NARESH
NAMED  ADM DT: 08/04/2006    REL: CAT
DOB: 11/03/1934  71Y  F    RM/BD: 2302 1N
MRN: 0015065790

Page 1 of 2

Physician's Progress Notes

B.PN.0006 Rev 3/06    3PN

TOTAL P.01